Argued and submitted March 29, affirmed July 14, 1982

# STATE OF OREGON,
*Respondent,*

*v.*

# HARRY PRINCETON HENDERSON,
*Appellant.*

## (No. C81-04-32253, CA A21767)

647 P2d 988

Steven H. Gorham, Salem, argued the cause and filed the brief for appellant.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM.

This is a criminal case in which defendant was convicted of the crime of robbery in the second degree. Defendant assigns five separate errors on appeal. Four do not require discussion. The fifth was decided adversely to defendant's position in *State v. Freeland*, 58 Or App 163, 647 P2d 966 (1982).

Affirmed.